**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **B & B AGRI SERVICES INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-1001656** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **110 S. MONTCLAIR ST., SUITE 105**<br>**Bakersfield, CA 93309**<br>Number, Street, City, State & ZIP Code | **P.O. BOX 20746**<br>**Bakersfield, CA 93390**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kern**<br>County | **Location of principal assets, if different from principal place of business**<br>**6589 ROAD 144 Earlimart, CA 93219**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **B & B AGRI SERVICES INC.**
_____  Case number (*if known*) _____
        Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __11__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | B & B AGRI SERVICES INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **B & B AGRI SERVICES INC.**                                    Case number (*if known*) _____
                  Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 26, 2024**
                        MM / DD / YYYY

**X /s/ BRENTON A. MOREL**                                    **BRENTON A. MOREL**
Signature of authorized representative of debtor              Printed name

Title    **SECRETARY & CHIEF FINANCIAL OFFICER**

**18. Signature of attorney**

**X /s/ Robert S. Williams**                    Date  **December 26, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**Robert S. Williams 73172 CA**
Printed name

**Williams & Williams, Inc.**
Firm name

**2441 G St., Ste. A**
**Bakersfield, CA 93301**
Number, Street, City, State & ZIP Code

Contact phone   **661-323-7933**        Email address   **bob@kernbankruptcy.law**

**73172 CA CA**
Bar number and State

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**B & B AGRI SERVICES INC.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**December 26, 2024**__     X **/s/ BRENTON A. MOREL**
                                              Signature of individual signing on behalf of debtor

                                              **BRENTON A. MOREL**
                                              Printed name

                                              **SECRETARY & CHIEF FINANCIAL OFFICER**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name   **B & B AGRI SERVICES INC.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................   $ _____ 505,100.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................   $ _____ 505,100.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 295,404.79

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$ _____ 245,958.99

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b

| $ _____ 541,363.78 |
|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>B & B AGRI SERVICES INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **MECHANIC'S BANK** | **CHECKING** | $0.00 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $0.00 |

### Part 2:        Deposits and Prepayments
6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:        Accounts receivable
10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:        Investments
13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **B & B AGRI SERVICES INC.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 5:** | **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> SEE ATTACHED | $0.00 | | $370,000.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| $370,000.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 7:** | **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **B & B AGRI SERVICES INC.**          Case number *(if known)* _____
          <sub>Name</sub>

| 39. | **Office furniture** | | |
|---|---|---|---|
| | **DESKS & CHAIRS** | $0.00 | $100.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.          | $100.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2023 DODGE RAM 5500 PUMPER TRUCK - VEHICLE HAS BEEN SURRENDERED** | $0.00 | | $55,000.00 |
| 47.2.    **2021 GMC SIERRA K2500 HEAVT DUTY - VEHICLE HAS BEEN SURRENDERED** | $0.00 | | $0.00 |
| 47.3.    **2021 GMC SIERRA K2500 HEAVY DUTY - VEHICLE HAS BEEN SURRENDERED** | $0.00 | | $0.00 |
| 47.4.    **2021 FORD F450 SUPER DUTY - VEHICLE HAS BEEN SURRENDERED** | $0.00 | | $0.00 |
| 47.5.    **2022 GMC CANYON ELEVATION - VEHICLE HAS BEEN SURRENDERED** | $0.00 | | $0.00 |
| 47.6.    **2022 FORD F150 SUPER CREW - VEHICLE HAS BEEN SURRENDERED** | $0.00 | | $0.00 |

Debtor   **B & B AGRI SERVICES INC.**                      Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| 47.7. | **2022 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED** | $0.00 | $0.00 |
| 47.8. | **2022 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED** | $0.00 | $0.00 |
| 47.9. | **2022 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED** | $0.00 | $0.00 |
| 47.10. | **2023 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED** | $0.00 | $0.00 |
| 47.11. | **2024 GMC SIERRA K1500 DENALI ULTIMATE - VEHICLE HAS BEEN SURRENDERED** | $0.00 | $0.00 |
| 47.12. | **2024 GMC SIERRA K2500 AT4** | $0.00 | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.   **SEE ATTACHED**                     $0.00                          $30,000.00

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                              | **$85,000.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor    **B & B AGRI SERVICES INC.**                              Case number *(If known)* _____
          Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**DISPUTE FOR MONIES BOOKKEEPER TOOK**                                          **$50,000.00**

Nature of claim        _____
Amount requested              **$50,000.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                                      **$50,000.00**

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   **B & B AGRI SERVICES INC.**                              Case number *(If known)* _____
          _____
          Name

<span style="background-color:black; color:white;">Part 12:</span>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $370,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $85,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $505,100.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $505,100.00 |

B&B INVENTOTY LIST

| QUANTITY | CATEGORY | TYPE | ESTIMATED RANGE VALUE PER ITEM |
|---|---|---|---|
| 10 | SINGLE YELLOW SHOWER RESTROOMS | | 1500-3000 |
| 4 | 24FT HAULING EQUIPMENT TRAILERS | | 2000-5000 |
| 20 | SHADE TRAILERS | | 1200-2500 |
| 2 | LADDER HAULING TRAILERS | | 500-1500 |
| 37 | 10-12 FEET LADDERS | CITRICS TRYPODS | 80-150 |
| 1 | RESTROOM SUCKTION TANK | | 7000-15000 |
| 1 | RESTROOM SUCKTION TANK | | 10000-20000 |
| 42 | STATIONARY RESTROOMS | | 500-900 |
| 2 | LARGE ICE MACHINES | | 6000-12000 |
| 1 | SMALL ICE MACHINE | | 3000-6000 |
| | SMALL EQUITMENT TRAILER | | 1500-3000 |
| 500-600 | PICKING TABLES | | |
| 500-600 | WHEELBARROWS | | |
| 600-700 | SCALES | | |
| | POMEGRANATE BAGS | | |
| | UMBRELLAS | | |
| | BLUEBERRY TUBS | | |
| | RAISIN TUBS | | |
| | GRAPE TUBS | | |
| | ICE CHEST | | |
| | ICE COOLERS | | |
| | CLIPPPERS | | |
| | SHOVELS | | |
| | TOOLS | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name **B & B AGRI SERVICES INC.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
    amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1 CHRYSLER CAPITAL**
Creditor's Name
**ATTN: BANKRUPTCY**
**P.O. BOX 961278**
**Fort Worth, TX 76161-1278**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 DODGE RAM 5500 PUMPER TRUCK - VEHICLE HAS BEEN SURRENDERED**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$68,050.31**     Column B: **$55,000.00**

**2.2 CHRYSLER CAPITAL**
Creditor's Name
**ATTN: BANKRUPTCY**
**P.O. BOX 961278**
**Fort Worth, TX 76161-1278**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2023 DODGE RAM 5500 - VEHICLE HAS BEEN SURRENDERED**

Describe the lien
**Lease**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$0.00**     Column B: **$0.00**

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of 7

Debtor    **B & B AGRI SERVICES INC.**                          Case number (if known) _____
_____
Name

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

_____

---

| 2.3 | **FORD MOTOR CREDIT COMPANY** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2021 FORD F450 SUPER DUTY - VEHICLE HAS BEEN SURRENDERED**

**P.O. BOX 650575**
**Dallas, TX 75265**
_____
Creditor's mailing address

**Describe the lien**
**Lease**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **FORD MOTOR CREDIT COMPANY** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2022 FORD F150 SUPER CREW - VEHICLE HAS BEEN SURRENDERED**

**P.O. BOX 650575**
**Dallas, TX 75265**
_____
Creditor's mailing address

**Describe the lien**
**Lease**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **FORD MOTOR CREDIT COMPANY** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2022 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED**

**P.O. BOX 650575**
**Dallas, TX 75265**
_____
Creditor's mailing address

**Describe the lien**
**Lease**

Debtor    **B & B AGRI SERVICES INC.**
_____          Case number (if known) _____
          Name

Creditor's email address, if known
_____

**Date debt was incurred**


**Last 4 digits of account number**


**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **FORD MOTOR CREDIT COMPANY** | | |
|---|---|---|---|

Creditor's Name

**P.O. BOX 650575
Dallas, TX 75265**

Creditor's mailing address


Creditor's email address, if known


**Date debt was incurred**


**Last 4 digits of account number**


**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $0.00          $0.00
**2022 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **FORD MOTOR CREDIT COMPANY** | | |
|---|---|---|---|

Creditor's Name

**P.O. BOX 650575
Dallas, TX 75265**

Creditor's mailing address


Creditor's email address, if known


**Date debt was incurred**


**Last 4 digits of account number**


**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**          $0.00          $0.00
**2022 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **B & B AGRI SERVICES INC.**                    Case number (if known) _____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **FORD MOTOR CREDIT COMPANY** | | | |
|---|---|---|---|---|

Creditor's Name

| | | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

**P.O. BOX 650575**
**Dallas, TX 75265**

**2023 FORD F150 SUPERCREW - VEHICLE HAS BEEN SURRENDERED**

Creditor's mailing address

Describe the lien
**Lease**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **GM FINANCIAL** |
|---|---|

Creditor's Name

| | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|

**P.O. BOX 99605**
**Arlington, TX 76096**

**2021 GMC SIERRA K2500 HEAVT DUTY - VEHICLE HAS BEEN SURRENDERED**

Creditor's mailing address

Describe the lien
**Lease**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 0 | **GM FINANCIAL** |
|---|---|

Creditor's Name

| | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|

**P.O. BOX 99605**
**Arlington, TX 76096**

**2021 GMC SIERRA K2500 HEAVY DUTY - VEHICLE HAS BEEN SURRENDERED**

Creditor's mailing address

Describe the lien
**Lease**

---

Debtor    **B & B AGRI SERVICES INC.**       Case number *(if known)* _____
      Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

**2.11**   **GM FINANCIAL**
     Creditor's Name

**P.O. BOX 99605**
**Arlington, TX 76096**
     Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$0.00**      **$0.00**
**2022 GMC CANYON ELEVATION - VEHICLE HAS BEEN SURRENDERED**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

**2.12**   **GM FINANCIAL**
     Creditor's Name

**P.O. BOX 99605**
**Arlington, TX 76096**
     Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**      **$0.00**      **$0.00**
**2024 GMC SIERRA K1500 DENALI ULTIMATE - VEHICLE HAS BEEN SURRENDERED**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **B & B AGRI SERVICES INC.**                    Case number (if known) _____
                    Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.1 3 | **GM FINANCIAL** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**2024 GMC SIERRA K2500 AT4**

**P.O. BOX 99605**
**Arlington, TX 76096**

Creditor's mailing address

Describe the lien
**Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.1 4 | **PARLAN, DINAH** | Describe debtor's property that is subject to a lien | $227,354.48 | $370,000.00 |

Creditor's Name

**ALL ASSETS**

**304 MOUNT LOWE DR.**
**Bakersfield, CA 93309**

Creditor's mailing address

Describe the lien
**UCC-1 Filed on 10/2/24**

Is the creditor an insider or related party?
☐ No
☑ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $295,404.79 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **B & B AGRI SERVICES INC.**
_____          Case number (if known) _____
          Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **B & B AGRI SERVICES INC.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **California Employment Development Depart Bankruptcy/Special Procedures Group PO Box 826880 MIC 92E Sacramento, CA 94280-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **California Franchise Tax Board Bankruptcy Section MS A-340 PO Box 2952 Sacramento, CA 95812-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **B & B AGRI SERVICES INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**PAYROLL**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**CALIFORNIA DIVISION OF LABOR**
**STANDARDS ENFORCEMENT**
**7718 Meany Ave.**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GARCIA**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194,324.91** |
|---|---|---|---|

**COPPERPOINT**
**2211 MICHELSON DR., #460**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WORKER'S COMPENSATION**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,680.00** |
|---|---|---|---|

**DIAZ, PAUL**
**C/O 304 MOUNT LOWE DR.**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,008.88** |
|---|---|---|---|

**JIM'S SUPPLY**
**17216 COUNTY LINE RD.**
**Delano, CA 93215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**LEBEAU & THELEN, LLP**
**P.O. BOX 12092**
**Bakersfield, CA 93389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | B & B AGRI SERVICES INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

MOREL, BRENT
13511 PHOENIX PALM CT
Bakersfield, CA 93314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ORTEGA, RAMON
398 E BOBBI AVE
Earlimart, CA 93219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

OSTHIMER, BETH
119 W. 71st ST., APT 6A
New York, NY 10023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SANCHEZ, BRIANDA
9630 HWY 41, SPC 93
Lemoore, CA 93245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,945.20**

SUPERIOR FARM SUPPLY INC
6320 HOSFIELD DR.
Tulare, CA 93274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

VALDEZ, MARTIN
6589 ROAD 144
Earlimart, CA 93219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

WEX INC
ELECTRONIC FUNDS SOURCE
P.O. BOX 630038
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **B & B AGRI SERVICES INC.**                              Case number (if known) _____
         Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ZIMMER & MELTON**
**11601 BOLTHOUSE DR.**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 245,958.99 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 245,958.99 |

**Fill in this information to identify the case:**

Debtor name     **B & B AGRI SERVICES INC.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **ALL OF THE MOTOR VEHICLES EXCEPT FOR THE 2023 DODGE 5500 PUMPER TRUCK ARE LEASED AND ALL HAVE BEEN SURRENDERED.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **VARIOUS** |

**Fill in this information to identify the case:**

Debtor name          **B & B AGRI SERVICES INC.**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **MOREL, BRENT** | **13511 PHOENIX PALM CT**<br>**Bakersfield, CA 93314** | **GM FINANCIAL** | ■ D   __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **PARLAN, BENNY A.** | **6501 MOUNT SHASTA DR.**<br>**Bakersfield, CA 93309** | **GM FINANCIAL** | ■ D   __2.12__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **B & B AGRI SERVICES INC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:          Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $11,390,317.00 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $21,824,839.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $16,866,261.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:          List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **B & B AGRI SERVICES INC.**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Internal Revenue Service**<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | **SEPT. - NOV. 2024** | **$731,078.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **TAXES** |
| 3.2. **California Employment Development Depart**<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 | **SEPT. - NOV. 2024** | **$254,681.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **TAXES** |
| 3.3. **WEX INC**<br>**ELECTRONIC FUNDS SOURCE**<br>P.O. BOX 630038<br>Cincinnati, OH 45263 | **SEPT. & OCT. 2024** | **$29,172.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| 3.4. **ZENITH INSURANCE**<br>P.O. BOX 9055<br>Van Nuys, CA 91409 | **OCT. 2024** | **$8,546.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.5. **COPPERPOINT**<br>2211 MICHELSON DR., #460<br>Irvine, CA 92612 | **SEPT. 2024** | **$111,510.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **PARLAN, DINAH**<br>**304 MOUNT LOWE DR.**<br>**Bakersfield, CA 93309**<br>**BOOKKEEPER AND CEO'S MOTHER** | **9/27/24** | **$50,000.00** | **LOAN REPAYMENT** |
| 4.2. **PARLAN, BENNY**<br>**6501 MT. SHASTA DR.**<br>**Bakersfield, CA 93309**<br>**CEO** | **IN LAST YEAR** | **$188,300.00** | **UNKNOWN** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor  **B & B AGRI SERVICES INC.** _____     Case number *(if known)* _____

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 650575**<br>**Dallas, TX 75265** | **2021 FORD F450 SUPER DUTY** | **2024** | **$0.00** |
| **FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 650575**<br>**Dallas, TX 75265** | **2022 FORD F150 SUPER CREW** | **2024** | **$0.00** |
| **FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 650575**<br>**Dallas, TX 75265** | **2022 FORD F150 SUPERCREW** | **2024** | **$0.00** |
| **FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 650575**<br>**Dallas, TX 75265** | **2022 FORD F150 SUPERCREW** | **2024** | **$0.00** |
| **FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 650575**<br>**Dallas, TX 75265** | **2022 FORD F150 SUPERCREW** | **2024** | **$0.00** |
| **FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 650575**<br>**Dallas, TX 75265** | **2023 FORD F150 SUPERCREW** | **2024** | **$0.00** |
| **CHRYSLER CAPITAL**<br>**ATTN: BANKRUPTCY**<br>**P.O. BOX 961278**<br>**Fort Worth, TX 76161-1278** | **2023 DODGE RAM 5500** | **2024** | **$0.00** |
| **GM FINANCIAL**<br>**P.O. BOX 99605**<br>**Arlington, TX 76096** | **2021 GMC SIERRA K2500 HEAVY DUTY** | **2024** | **$0.00** |
| **GM FINANCIAL**<br>**P.O. BOX 99605**<br>**Arlington, TX 76096** | **2021 GMC SIERRA K2500 HEAVY DUTY** | **2024** | **$0.00** |
| **GM FINANCIAL**<br>**P.O. BOX 99605**<br>**Arlington, TX 76096** | **2022 GMC CANYON ELEVATION** | **2024** | **$0.00** |
| **GM FINANCIAL**<br>**P.O. BOX 99605**<br>**Arlington, TX 76096** | **2024 GMC SIERRA K1500 DENALI ULTIMATE** | **10/29/2024** | **$0.00** |
| **GM FINANCIAL**<br>**P.O. BOX 99605**<br>**Arlington, TX 76096** | **2024 GMC SISERRA K2500 AT4** | **2024** | **$0.00** |
| **CHRYSLER CAPITAL**<br>**ATTN: BANKRUPTCY**<br>**P.O. BOX 961278**<br>**Fort Worth, TX 76161-1278** | **2023 DODGE RAM 5500 PUMPER TRUCK** | **2024** | **$55,000.00** |

6.  **Setoffs**

| Debtor | B & B AGRI SERVICES INC. | Case number *(if known)* | |
|---|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **SANCHEZ v. B & B AGRI SERVICES INC.** | **Labor complaint** | **STATE OF CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.   **ST. FRANCIS**<br>**2516 PALM ST.**<br>**Bakersfield, CA 93304** | **1 OR 2 DONATIONS IN THE AMOUNT OF $1,500.00 - $2,000.00** | **IN THE LAST 2 YEARS** | **$0.00** |
| **Recipients relationship to debtor**<br>**NO RELATION** | | | |

---

**Part 5:**    **Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Debtor     **B & B AGRI SERVICES INC.**          Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Williams & Williams, Inc.**<br>**2441 G St., Ste. A**<br>**Bakersfield, CA 93301** | **Attorney Fees** | **12/18/24** | **$5,000.00** |
| | **Email or website address**<br>**bob@kernbankruptcy.law** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Trinity Farm Labor Management**<br>**6589 Road 144**<br>**Earlimart, CA 93219** | **See attached list of items sold** | **11/20/24** | **$45,000.00** |
| | **Relationship to debtor**<br>**Owned by a stockholder and officer of debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **110 S. MONTCLAIR ST., #201**<br>**Bakersfield, CA 93309** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

| Debtor | B & B AGRI SERVICES INC. | Case number *(if known)* | |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **UNION BANK** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2024** | **$99.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **B & B AGRI SERVICES INC.**      Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **COMPANY YARD**<br>**6589 ROAD 144**<br>**Earlimart, CA 93219** | **MANAGEMENT** | **ALL EQUIPMENT** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

  ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Debtor | B & B AGRI SERVICES INC. | | Case number *(if known)* | |
|---|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **PARLAN, DINAH**<br>**304 MOUNT LOWE DR.**<br>**Bakersfield, CA 93309** | **2020 - DATE** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **PARLAN, DINAH**<br>**304 MOUNT LOWE DR.**<br>**Bakersfield, CA 93309** | **ALL AVAILABLE** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BENNY A. PARLAN** | **6501 MOUNT SHASTA DR.**<br>**Bakersfield, CA 93309** | **PRESIDENT AND STOCKHOLDER** | **46** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRENT A. MOREL** | **13511 PHOENIX PALM CT.**<br>**Bakersfield, CA 93314** | **SECRETARY, CHIEF FINANCIAL OFFICER AND STOCKHOLDER** | **44** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MARTIN VALDEZ** | **6589 ROAD 144**<br>**Earlimart, CA 93219** | **STOCKHOLDER** | **10** |

Debtor  **B & B AGRI SERVICES INC.** _____    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **PARLAN, DINAH**<br>**304 MOUNT LOWE DR.**<br>**Bakersfield, CA 93309**<br><br>**Relationship to debtor**<br>**BUSINESS BOOKKEEPER** | **$225,010.00** | **FEB. - APRIL & SEPT. 2024** | **LOAN REPAYMENT** |
| 30.2. | **BENNY PARLAN**<br>**304 MOUNT LOWE DR.**<br>**Bakersfield, CA 93309**<br><br>**Relationship to debtor**<br>**BUSINESS ASSOCIATE** | **$43,650** | **DEC. 2023 & APRIL -JUNE 2024** | **EXTRA REIMBURSMENTS** |
| 30.3. | **BENNY PARLAN**<br>**304 MOUNT LOWE DR.**<br>**Bakersfield, CA 93309**<br><br>**Relationship to debtor**<br>**BUSINESS ASSOCIATE** | **$91,250.00** | **DEC. 18, 2023 - JULY 2024** | **CASH WITHDRAWAL** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is

| Debtor | **B & B AGRI SERVICES INC.** | Case number *(if known)* | |

true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 26, 2024**

**/s/ BRENTON A. MOREL**                                    **BRENTON A. MOREL**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **SECRETARY & CHIEF FINANCIAL OFFICER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# B&B Agri Services Inc.

# Receipt

**Date**      11/20/2024

| Item # | Description | Qty | Unit price | Column1 | Price |
|--------|-------------|-----|------------|---------|-------|
| **1** | Portable restroom | 12 | $1,500.00 | | $18,000.00 |
| **2** | Small equipment trailer | 6 | $1,500.00 | | $9,000.00 |
| **3** | Tank to wash portables | 1 | $7,000.00 | | $7,000.00 |
| **4** | Set of wheelbarrows and tables | 25 | $200.00 | | $5,000.00 |
| **5** | Cold storage tables | 60 | $50.00 | | $3,000.00 |
| **6** | Cold storage scales | 120 | $15.00 | | $1,800.00 |
| **7** | Flat trailer | 1 | $1,000.00 | | $1,000.00 |
| **8** | Pruning shears | 50 | $4.00 | | $200.00 |
| | | | | | |
| | | | | **TOTAL** | $45,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **B & B AGRI SERVICES INC.** _____   Case No. _____

_____   Chapter   **7** _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 26, 2024** _____          **/s/ Robert S. Williams** _____
_Date_                                                   **Robert S. Williams 73172 CA**
                                                         _Signature of Attorney_
                                                         **Williams & Williams, Inc.**
                                                         **2441 G St., Ste. A**
                                                         **Bakersfield, CA 93301**
                                                         **661-323-7933   Fax: 661-323-9855**
                                                         **bob@kernbankruptcy.law** _____
                                                         _Name of law firm_

CALIFORNIA DIVISION OF LABOR            BUREAU & THELEN, LLP
STANDARDS ENFORCEMENT                   P.O. BOX 12092
7718 Meany Ave.                         Bakersfield, CA 93389
Bakersfield, CA 93308
          .


California Employment Development Depart   MOREL, BRENT
Bankruptcy/Special Procedures Group        13511 PHOENIX PALM CT
PO Box 826880 MIC 92E                      Bakersfield, CA 93314
Sacramento, CA 94280-0001


California Franchise Tax Board          ORTEGA, RAMON
Bankruptcy Section MS A-340             398 E BOBBI AVE
PO Box 2952                             Earlimart, CA 93219
Sacramento, CA 95812-2952


CHRYSLER CAPITAL                        OSTHIMER, BETH
ATTN: BANKRUPTCY                        119 W. 71st ST., APT 6A
P.O. BOX 961278                         New York, NY 10023
Fort Worth, TX 76161-1278


COPPERPOINT                             PARLAN, BENNY A.
2211 MICHELSON DR., #460                6501 MOUNT SHASTA DR.
Irvine, CA 92612                        Bakersfield, CA 93309


DIAZ, PAUL                              PARLAN, DINAH
C/O 304 MOUNT LOWE DR.                  304 MOUNT LOWE DR.
Bakersfield, CA 93309                   Bakersfield, CA 93309


FORD MOTOR CREDIT COMPANY               SANCHEZ, BRIANDA
P.O. BOX 650575                         9630 HWY 41, SPC 93
Dallas, TX 75265                        Lemoore, CA 93245


GM FINANCIAL                            SUPERIOR FARM SUPPLY INC
P.O. BOX 99605                          6320 HOSFIELD DR.
Arlington, TX 76096                     Tulare, CA 93274


Internal Revenue Service                VALDEZ, MARTIN
P. O. Box 7346                          6589 ROAD 144
Philadelphia, PA 19101-7346             Earlimart, CA 93219


JIM'S SUPPLY                            WEX INC
17216 COUNTY LINE RD.                   ELECTRONIC FUNDS SOURCE
Delano, CA 93215                        P.O. BOX 630038
                                        Cincinnati, OH 45263

OBOMA SHELTON
11601 BOLTHOUSE DR.
Bakersfield, CA 93311

# United States Bankruptcy Court
## Eastern District of California

In re    <u>B & B AGRI SERVICES INC.</u>

<u></u>

                                          Debtor(s)

Case No. <u>                      </u>

Chapter    <u>**7**                     </u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**B & B AGRI SERVICES INC.**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>**December 26, 2024**                 </u>
Date

<u>**/s/ Robert S. Williams**                                             </u>
**Robert S. Williams 73172 CA**
Signature of Attorney or Litigant
<u>Counsel for    **B & B AGRI SERVICES INC.**                  </u>
**Williams & Williams, Inc.**
**2441 G St., Ste. A**
**Bakersfield, CA 93301**
**661-323-7933 Fax:661-323-9855**
**bob@kernbankruptcy.law**

# United States Bankruptcy Court
## Eastern District of California

In re  **B & B AGRI SERVICES INC.** _____          Case No. _____

_____          Chapter  **7** _____

Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **BRENTON A. MOREL**, declare under penalty of perjury that I am the **SECRETARY & CHIEF FINANCIAL OFFICER** of **B & B AGRI SERVICES INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 26th day of October, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRENTON A. MOREL, SECRETARY & CHIEF FINANCIAL OFFICER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRENTON A. MOREL, SECRETARY & CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRENTON A. MOREL, SECRETARY & CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to employ **Robert S. Williams 73172 CA**, attorney and the law firm of **Williams & Williams, Inc.** to represent the corporation in such bankruptcy case."

Date  **December 6, 2024** _____          Signed  **/s/ BRENTON A. MOREL** _____

**BRENTON A. MOREL**

Resolution of Board of Directors
of
**B & B AGRI SERVICES INC.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRENTON A. MOREL, SECRETARY & CHIEF FINANCIAL OFFICER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRENTON A. MOREL, SECRETARY & CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRENTON A. MOREL, SECRETARY & CHIEF FINANCIAL OFFICER** of this Corporation is authorized and directed to employ **Robert S. Williams 73172 CA**, attorney and the law firm of **Williams & Williams, Inc.** to represent the corporation in such bankruptcy case.

Date   **December 6, 2024** _____        Signed   **/s/ Brenton A. Morel** _____


Date   _____        Signed   _____